UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MICHAEL RILEY, | Civil No. 12-2844 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| REMINGTON ARMS COMPANY LLC, | |
| Defendant. | |

_____

Michael Riley, 15- 3rd Avenue Southwest, Elbow Lake, MN 56531, *pro se* plaintiff.

Mark P Schneebeck, Mark Olson, **OPPENHEIMER WOLFF & DONNELLY, LLP,** 222 South Ninth Street, Suite 2000, Minneapolis, MN 55402, Andrew A. Lothson, Dale Wills, James Vogts, Steven Danekas, **SWANSON MARTIN & BELL LLP**, 330 North Wabash, Suite 3300, Chicago, IL 60611 for defendant.

Pursuant to the Court's Order dated January 6, 2014, plaintiff had 20 days to show cause why this case shouldn't be dismissed for failure to respond to the Defendant's Motion to Dismiss.

Plaintiff has not responded to the Order, so based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and this case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 3, 2014
at Minneapolis, Minnesota                _____ s/John R. Tunheim _____
                                                                    JOHN R. TUNHEIM
                                                          United States District Judge